TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Amos Dorsey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Amos Dorsey,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Wells Fargo Bank, N.A.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:14-cv-02404-JAM-CKD<br><br>**ORDER** |

1
2   Based on the Stipulation of counsel, the case is dismissed with prejudice, each
3   party to bear its own attorney fees and costs.
4
5   Date:  12/4/2015                              /s/ John A. Mendez
6                                                 Honorable John A. Mendez
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28